IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> GORDON LARRY AHENAKEW, <br><br> Defendant. | **CR-18-07-GF-BMM** <br><br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on December 16, 2020. (Doc. 49.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 15, 2020. (Doc. 44.) The United States accused Ahenakew of violating his conditions of supervised release by failing to notify his probation officer of a change in residence. (Doc. 40.)

At the revocation hearing, Ahenakew admitted that he had violated the conditions of his supervised release by failing to notify his probation officer of a change in residence. (Doc. 44.) Judge Johnston found that the violation Ahenakew admitted proved to be serious and warranted revocation, and recommended that Ahenakew receive a custodial sentence of time served with 30 months supervised release to follow.  Ahenakew was advised of the 14 day objection period and his right to allocute before the undersigned. (Doc. 44.)

The violations prove serious and warrant revocation of Ahenakew supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 49) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Gordon Larry Ahenakew, Jr. be sentenced to a period of time served with 30 months supervised release to follow.

DATED this 16th day of December, 2020.

_____
Brian Morris, Chief District Judge
United States District Court